IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ESSOCIATE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-00727-bbc |
| | § | |
| AZOOGLE.COM, INC., and | § | |
| EPIC MEDIA GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

**GODFREY & KAHN'S MOTION TO WITHDRAW AS COUNSEL**

The law firm of Godfrey & Kahn, S.C., including specifically attorneys James D. Peterson and Bryan J. Cahill, moves to withdraw as counsel for defendants Azoogle.com, Inc., and Epic Media Group, Inc. (formerly known as Azoogle.com, Inc.).

Good cause exists for granting Godfrey & Kahn's motion to withdraw as counsel. Earlier today defendants' lead counsel, K&L Gates LLP moved to withdraw as counsel because of non-payment. See Docket No. 32. Godfrey & Kahn is in the same situation as K & L Gates: the defendants have not paid any of the fees owed to Godfrey & Kahn in this matter. See Declaration of James D. Peterson, attached hereto. In light of the defendants' non-payment and the withdrawal of K&L Gates, it would be manifestly unfair to require Godfrey & Kahn to remain as counsel to the defendants.

Accordingly, Godfrey & Kahn respectfully requests that it be allowed to withdraw from representation of the defendants.

Dated:  June 7, 2012                              Respectfully submitted,

/s/ *James D. Peterson*
James D. Peterson
  Wisconsin Bar No. 1022819

2

jpeterson@gklaw.com<br>
**Godfrey & Kahn, S.C.**<br>
One East Main Street<br>
P.O. Box 2719<br>
Madison, Wisconsin 53701<br>
608-257-3911<br>
608-257-0609 *Facsimile*

8046250_1