

WWW.THEEPICMEDIAGROUP.COM

Hon. Barbara B. Crabb
United States District Court
Western District of Wisconsin
120 North Henry Street, Room 320
Madison, Wisconsin 53703

*Via Facsimile and Electronic Mail*

Re: **Case No: 3:11-cv-00727-bbc (Essociate, Inc. vs. Azoogle.com, Inc. et al)**

June 22nd, 2012

Judge Crabb,

Pursuant to this Court's Order dated June 8, 2012 in the case *Essociate, Inc. vs. Azoogle.com, Inc. and Epic Media Group, Inc.* (Azoogle.com, Inc. and Epic Media Group, Inc. hereafter referred to as "Defendants"), Defendants hereby notify the Court of Defendants' intentions regarding the retention of counsel and the steps Defendants are taking in order to retain counsel. Please be advised as follows:

Defendants intend to retain counsel to replace the law firms of K&L Gates, LLP and Godfrey & Kahn, S.C., who were required to withdraw from this matter due to Defendants' inability to pay the legal fees associated with their representation. Obviously, Defendants financial position makes the retention of new counsel challenging. However, Defendant's are currently in discussions with Godfrey & Kahn, S.C., and hope to be able to re-engage the firm to represent Defendants in this matter.

Defendants' anticipate finalizing an engagement of Godfrey & Kahn, S.C. within seven (7) days of the date of this letter. Assuming that Defendants are able to retain Godfrey & Kahn, S.C., James Peterson, a principal of the firm who has previously appeared in this matter, will file a notice of appearance in this matter and a motion for a status conference.

Please do not hesitate to contact me if you have any questions.

Respectfully submitted,

David Graff
General Counsel, Epic Media Group f/k/a Azoogle.com, Inc.

cc: John Du Wors, Esq.
    James Peterson, Esq.