IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AZOOGLE.COM, INC. and EPIC MEDIA GROUP, INC., <br><br> Defendants. | **CASE NO. 11-cv-727-bbc** |

**PLAINTIFF ESSOCIATE, INC.'S MOTION FOR
ENTRY OF ORDER OF DEFAULT**

On June 8 2012, this Court granted the motions for leave to withdraw as counsel filed by counsel for Defendants Azoogle.com, Inc. and Epic Media Group, Inc. (Order, Dkt. # 36.) In that Order, the Court noted that as business entities, Defendants cannot defend in court without being represented by a lawyer. (*Id*. (citing *Philos Technologies, Inc., v. Philos & D, Inc.*, 645 F. 3d 851, 857-58 (7th Cir. 2011)).

The Court ordered Defendants to notify it in writing by June 22, 2012, "whether they intend to obtain new counsel and what actions they are taking to do so." (*Id.*) The Court noted that if Defendants do not obtain new counsel, that "they will be prohibited from participating in summary judgment or trial and plaintiff will likely be entitled to judgment by default." (*Id*. (citing *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985)).

On June 22, 2012, Defendants filed a letter with the Court (Dkt. # 37) stating that they were attempting to negotiate retention of counsel and anticipated finalizing that

engagement "within seven (7) days of the date of this letter." (*Id*.) It has now been more than 7 days since June 22, 2012 and Defendants have not appeared by counsel.

Accordingly, Plaintiff Essociate, Inc. requests that this Court enter an order of default against Defendants Azoogle.com, Inc. and Epic Media Group, Inc.

This request is based on the declaration filed herewith and the record in this case.

DATED July 2, 2012.

                                             NEWMAN DU WORS LLP

                                             /s/ Derek Linke
                                             Derek A. Newman
                                             Derek Linke
                                             John Du Wors
                                             1201 Third Avenue, Suite 1600
                                             Seattle, WA 98101
                                             Telephone:   (206) 274-2800
                                             Facsimile:    (206) 274-2801
                                             *derek@newmanlaw.com*
                                             *linke@newmanlaw.com*
                                             *john@newmanlaw.com*

                                             Attorneys for Plaintiff
                                             Essociate, Inc.