IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>AZOOGLE.COM, INC. and EPIC MEDIA GROUP, INC.,<br><br>    Defendants. | **CASE NO. 11-cv-727-bbc** |

**DECLARATION OF DEREK LINKE IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT ON DEFENDANTS
AZOOGLE.COM, INC., AND EPIC MEDIA GROUP, INC.**

I, Derek Linke, hereby declare:

1.　I am counsel of record for Plaintiff Essociate, Inc., over the age of 18, competent to testify in this action and have personal knowledge of the file, records and pleadings in this matter.

2.　On June 8, 2012, this Court ordered Defendants Azoogle.com, Inc. and Epic Media Group, Inc. to notify it in writing by June 22, 2012, "whether they intend to obtain new counsel and what actions they are taking to do so." (Order, Dkt. #36.)

3.　The Court noted that if Defendants do not obtain new counsel, that "they will be prohibited from participating in summary judgment or trial and plaintiff will likely be entitled to judgment by default."

4.　On June 22, 2012, Defendants filed a letter with the Court (Dkt. # 37) stating that they were attempting to negotiate retention of counsel and anticipated finalizing that engagement "within seven (7) days of the date of this letter." (Id.)

- 1 -

- 2 -

5. It has now been more than 7 days since June 22, 2012 and Defendants have not appeared by counsel.

6. Accordingly, Plaintiff Essociate, Inc. requests that this Court enter an order of default against Defendants Azoogle.com, Inc. and Epic Media Group, Inc.

I certify and declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed this 2nd day of July, 2012 at Santa Ana, California.

s/ Derek Linke

Derek Linke