IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ESSOCIATE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-00727-bbc |
| | § | |
| AZOOGLE.COM, INC., and | § | |
| EPIC MEDIA GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorneys James D. Peterson, Bryan J. Cahill and Jennifer L. Gregor of Godfrey & Kahn, S.C. hereby appear in this action on behalf of the defendants Azoogle.com, Inc. and Epic Media Group, Inc. (formerly known as Azoogle.com, Inc.).  Please serve all papers, pleadings, correspondence and other documents associated with this action to the attorneys listed below.

2

Dated: July 5, 2012.                                Respectfully submitted,

**Godfrey & Kahn, S.C.**

<u>s/James D. Peterson</u>
James D. Peterson
  Wisconsin Bar No. 1022819
  jpeterson@gklaw.com
Bryan J. Cahill
   Wisconsin Bar No. 1055439
   bcahill@gklaw.com
Jennifer L. Gregor
   Wisconsin Bar No. 1078174
   jgregor@gklaw.com

One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701
608-257-3911
608-257-0609 *Facsimile*

*Attorneys for defendants*
*Azoogle.com, Inc and Epic Media Group, Inc.,*
*(f/k/a Azoogle.com, Inc.)*

8149976_1