IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ESSOCIATE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-00727-bbc |
| | § | |
| AZOOGLE.COM, INC., and | § | |
| EPIC MEDIA GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS' MOTION FOR A STATUS CONFERENCE

The defendants, Azoogle.com, Inc. and Epic Media Group, Inc. have now retained the law firm of Godfrey & Kahn, S.C., to represent them as lead counsel in this matter.  As the Court is aware, Godfrey & Kahn had represented the defendants as local counsel to K&L Gates, but both firms had been granted leave to withdraw from the representation of the defendants.  *See* Dkt. No. 36.  As suggested in Mr. David Graff's June 22 letter to the Court (Dkt. No. 37), attorneys from Godfrey & Kahn have now appeared in this case.

The defendants respectfully request a telephonic status conference for the purpose of requesting an amendment of the scheduling order.  Defendants recognize that significant amendments of the schedule are not the usual practice of the Court, but the circumstances of this case make some adjustment of the schedule necessary.  Because this case is still at a relatively early stage, an amendment of the scheduling order will not be unduly prejudicial to either side.

Defendants' counsel proposes that the counsel for the parties confer and submit a joint report and scheduling proposal to the Court three business days before the status conference.

2

Dated: July 5, 2012	Respectfully submitted,

**Godfrey & Kahn, S.C.**

<u>s/James D. Peterson</u>
James D. Peterson
  Wisconsin Bar No. 1022819
 jpeterson@gklaw.com
Bryan J. Cahill
   Wisconsin Bar No. 1055439
   bcahill@gklaw.com
Jennifer L. Gregor
   Wisconsin Bar No. 1078174
   jgregor@gklaw.com

One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701
608-257-3911
608-257-0609 *Facsimile*

*Attorneys for defendants*
*Azoogle.com, Inc and Epic Media Group, Inc.,*
*(f/k/a Azoogle.com, Inc.)*

8150138_1