IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>AZOOGLE.COM, INC. and EPIC MEDIA GROUP, INC.,<br><br>        Defendants. | CASE NO. 11-cv-727-bbc |

**NOTICE OF WITHDRAWAL OF ESSOCIATE, INC.'S MOTION FOR ENTRY OF ORDER OF DEFAULT**

TO:      The Court

AND TO:    Defendants Azoogle.com, Inc. and Epic Media Group, Inc., and their counsel of record

      PLEASE TAKE NOTICE that Plaintiff Essociate, Inc. hereby withdraws its Motion for Entry of Default (Dkt. No. 38). Essociate's Motion is moot because Defendants have appeared by counsel since the Motion was filed.

Dated this 5th day of July, 2012.    NEWMAN DU WORS LLP

                                          /s/ Derek Linke
                                          Derek A. Newman
                                          Derek Linke
                                          John Du Wors
                                          1201 Third Avenue, Suite 1600
                                          Seattle, WA  98101
                                          Telephone:    (206) 274-2800
                                          Facsimile:    (206) 274-2801
                                          *derek@newmanlaw.com*
                                          *linke@newmanlaw.com*
                                          *john@newmanlaw.com*

                                          Attorneys for Plaintiff Essociate, Inc.

1