IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:11-cv-00727-bbc |
| § | |
| AZOOGLE.COM, INC., and § | |
| EPIC MEDIA GROUP, INC., § | |
| § | |
| Defendants. § | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The plaintiff, Essociate, Inc., and the defendants, Azoogle.com, Inc. and Epic Media Group, Inc., respectfully request that the Court amend the Preliminary Pretrial Conference Order (Dkt. No. 11). As the Court is aware, the defendants have experienced acute financial difficulties, leading to the law firm of Godfrey & Kahn, S.C. taking over as lead counsel.

Counsel for the parties have conferred and ask the Court to amend the remaining dates in the litigation calendar by extending them by approximately four months. The original dates and the new proposed dates are summarized in the following table:

| Event | Original Date | Proposed Date |
|---|---|---|
| Disclosure of Reliance on Advice of Counsel | June 8, 2012 | Oct. 12, 2012 |
| Disclosure of Liability Experts: Proponent | June 8, 2012 | Oct. 12, 2012 |
| Disclosure of Liability Experts: Respondent | July 20, 2012 | Nov. 16, 2012 |
| Dispositive Motion Deadline | Aug. 24, 2012 | Dec. 14, 2012 |
| Disclosure of Damages Experts: Proponents | Nov. 13, 2012 | Mar. 12, 2013 |
| Disclosure of Damages Experts: Respondent | Dec. 14, 2012 | April 12, 2013 |
| Discovery Cutoff | Jan. 18, 2013 | May 10, 2013 |
| Rule 26(a)(3) and Motions in Limine | Jan. 18, 2013 | May 10, 2013 |
| Objections to Rule 26(a)(3) and Motions in Limine | Feb. 4, 2013 | May 24, 2013 |
| Final Pretrial Conference | Feb. 14, 2013 | June 6, 2013 |
| Settlement Letters | Jan. 18, 2013 | May 10, 2013 |
| Jury Selection and Trial Begins | Feb. 25, 2013 | June 17, 2013 |

Dated:  July 10, 2012

Respectfully submitted,

**Newman Du Wors LLP**

*/s/ Derek Linke*
Derek A. Newman
Derek Linke
John Du Wors

1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
derek@newmanlaw.com
linke@newmanlaw.com
john@newmanlaw.com

*Attorneys for Plaintiff*
*Essociate, Inc.*

**Godfrey & Kahn, S.C.**


*s/James D. Peterson*
James D. Peterson
   Wisconsin Bar No. 1022819
   jpeterson@gklaw.com
Bryan J. Cahill
   Wisconsin Bar No. 1055439
   bcahill@gklaw.com
Jennifer L. Gregor
   Wisconsin Bar No. 1078174
   jgregor@gklaw.com

One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701
608-257-3911
608-257-0609 *Facsimile*

*Attorneys for defendants*
*Azoogle.com, Inc and Epic Media Group, Inc.,*
*(f/k/a Azoogle.com, Inc.)*

8170684_2

2