IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 3:11-cv-00727-bbc |
| § | |
| AZOOGLE.COM, INC., and § | |
| EPIC MEDIA GROUP, INC., § | |
| § | |
| Defendants. § | |

**NOTICE**
**PARTIES' ACCEPTANCE OF AUGUST 12, 2013 TRIAL DATE**

The plaintiff, Essociate, Inc., and the defendants, Azoogle.com, Inc. and Epic Media Group, Inc., hereby inform the Court that they are willing to try this case starting on August 12, 2013, the date offered by the Court in its text-only order (Dkt. No. 44). The parties appreciate the Court's accommodation.

Dated: July 12, 2012

Respectfully submitted,

**Newman Du Wors LLP**

*/s/ Derek Linke*
Derek A. Newman
Derek Linke
John Du Wors

1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
derek@newmanlaw.com
linke@newmanlaw.com
john@newmanlaw.com

*Attorneys for Plaintiff*
*Essociate, Inc.*

2

**Godfrey & Kahn, S.C.**

<u>*s/James D. Peterson*</u>
James D. Peterson
   Wisconsin Bar No. 1022819
   jpeterson@gklaw.com
Bryan J. Cahill
   Wisconsin Bar No. 1055439
   bcahill@gklaw.com
Jennifer L. Gregor
   Wisconsin Bar No. 1078174
   jgregor@gklaw.com

One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701
608-257-3911
608-257-0609 *Facsimile*

*Attorneys for defendants*
*Azoogle.com, Inc and Epic Media Group, Inc.,*
*(f/k/a Azoogle.com, Inc.)*

8190188_1