IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ESSOCIATE, INC.,

                Plaintiff,

  v.

AZOOGLE.COM, INC. and
EPIC MEDIA GROUP,

                Defendant.

AMENDED
SCHEDULING ORDER

11-cv-727-bbc

---

At a July 18, 2012 unrecorded telephonic conference, the court reset the schedule as follows:

Disclosure of Reliance on Advice of Counsel: November 5, 2012

Disclosure of Liability Experts: Proponent: November 5, 2012

                Respondent: December 14, 2012

Deadline for Filing Dispositive Motions: February 1, 2013

Disclosure of Damages Experts: Proponent: May 3, 2013

                Respondent: May 31, 2013

Discovery Cutoff: June 28, 2013

Settlement Letters: June 28, 2013

Rule 26(a)(3) Disclosures *and* all motions in limine: June 28, 2013

                Objections: July 15, 2013

Final Pretrial Conference: August 1, 2013 at 4:00 p.m.

Jury Selection and Trial: August 12, 2013 at 9:00 a.m.

The parties still predict a five-day trial.

Entered this 18th day of July, 2012.

                BY THE COURT:

                /s/

                STEPHEN L. CROCKER
                Magistrate Judge