IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AZOOGLE.COM, INC., and EPIC MEDIA GROUP, INC., <br><br> Defendants. | **CASE NO. 3:11-cv-00727-bbc** |

**MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Essociate, Inc. requests this Court's leave to file a First Amended Complaint under Federal Rule of Civil Procedure 15(a)(2). In support of this request plaintiff relies upon the record in this case, the proposed First Amended Complaint, and the memorandum and declaration of Derek Linke submitted herewith.

Dated this 6th day of August, 2012.

NEWMAN DU WORS LLP

/s/ Derek Linke
Derek A. Newman
Derek Linke
John Du Wors
505 Fifth Avenue South, Suite 610
Seattle, WA  98104
Telephone:    (206) 274-2800
Facsimile:    (206) 274-2801
*derek@newmanlaw.com*
*linke@newmanlaw.com*
*duwors@newmanlaw.com*

Attorneys for Plaintiff Essociate, Inc.