**Exhibit B**

# Peterson, James

**From:** Peterson, James
**Sent:** Wednesday, July 18, 2012 9:28 AM
**To:** 'Derek Linke'; 'John Du Wors'
**Cc:** Talbott Settle, Nicole; Gregor, Jennifer
**Subject:** Essociate v. Epic Media

Derek and John,

Two items.

First, for the conference with the Court today at 1 pm Central time, here is the call-in information:
800.901.0312
passcode: 608.284.2618
Please call in by 12:55 central, and I will connect the Court when you are on.

Second, assuming the Court schedules the case as we anticipate in light of the August, 2013 trial, we are amenable to doing the depositions as we discussed.  We will put our witnesses up in the first week of October in Chicago; the next week, you will put your witnesses up, also in Chicago.  I'm glad we could work out an efficient arrangement for this.

Jim

James D. Peterson
Attorney and Shareholder

**GODFREY KAHN** s.c.
One East Main Street, Suite 500
Madison, Wisconsin 53703
TEL • 608.257.3911
DIR • 608.284.2618
FAX • 608.257.0609
EMAIL • jpeterson@gklaw.com
WWW • GKLAW.COM

 Please consider the environment before printing this e-mail