**Exhibit A**



FAS LABS, Inc and Subs Corporate Structure — June 11, 2012