IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC., | |
| Plaintiff, | **CASE NO. 11-CV-727-bbc** |
| v. | |
| AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC., SOCIAL ASSETS LLC d/b/a KINETIC SOCIAL, and DOES 1-10 | |
| Defendants. | |

**REQUEST FOR ISSUANCE OF SUMMONS TO
DEFENDANT SOCIAL ASSETS LLC**

- 1 -

TO: THE COURT

AND TO: ALL INTERESTED PARTIES

Plaintiff Essociate, Inc. hereby requests that the Court issue a summons, a copy of which is attached, to Defendant Social Assets LLC so that it may serve Social Assets LLC with the First Amended Complaint.

DATED September 26, 2012.  NEWMAN DU WORS LLP

s/ Derek Linke
Derek A. Newman
Derek Linke
John Du Wors
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801
*derek@newmanlaw.com*
*linke@newmanlaw.com*
*john@newmanlaw.com*

Attorneys for Plaintiff Essociate, Inc.