IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ESSOCIATE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:11-cv-00727-bbc |
| | § | |
| AZOOGLE.COM, INC., and | § | |
| EPIC MEDIA GROUP, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO THE AMENDED COMPLAINT**

The Court granted plaintiff's motion for leave to amend the complaint on September 13, 2012. Dkt. No. 57. Plaintiff filed the Amended Complaint and requested a summons to a new defendant, Social Assets, LLC, yesterday, September 26. Dkt. Nos. 58 and 59. The Court issued the summons today. Dkt. No. 60. Social Assets has not yet been served.

Counsel for the original defendants, Azoogle.com, Inc. and Epic Media Group, Inc. will also represent Social Assets, LLC. Counsel for the defendants has contacted counsel for the plaintiff to arrange for acceptance of service of the summons and complaint on Social Assets, LLC, and to reach agreement on a common answer date for all the defendants. Counsel for the plaintiff has not yet provided a substantive response to this request.

According to Fed. R. Civ. P. 15(a)(3), a response to an amended pleading is due within 14 days of service of the pleading, although Social Assets would be entitled to 21 days from service of the summons and complaint under Fed. R. Civ. P. 12(a)(1)(a). To avoid ambiguity concerning the deadline for responses to the amended complaint, Azoogle and Epic Media request that the responsive pleading of all three defendants be due on October 22, 2012. (This

deadline would not apply, of course, to any "John Doe" defendants until they are identified and served.)

Accordingly, the defendants request that their response to the amended complaint, Dkt. No. 58, be due October 22, 2012.

Dated: September 27, 2012

Respectfully submitted,

**Godfrey & Kahn, S.C.**

*s/James D. Peterson*
James D. Peterson
  Wisconsin Bar No. 1022819
 jpeterson@gklaw.com
Bryan J. Cahill
  Wisconsin Bar No. 1055439
  bcahill@gklaw.com
Jennifer L. Gregor
  Wisconsin Bar No. 1078174
  jgregor@gklaw.com

One East Main Street
P.O. Box 2719
Madison, Wisconsin 53701
608-257-3911
608-257-0609 *Facsimile*

*Attorneys for defendants*
*Azoogle.com, Inc and Epic Media Group, Inc.,*
*(f/k/a Azoogle.com, Inc.)*

8305985_1

2