UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

---

ESSOCIATE, INC.,

        Plaintiff,

                                     Case No. 11-cv-727-bbc

    v.

EPIC MEDIA GROUP, INC., ET AL.,

        Defendants.

---

## SECOND DECLARATION OF JAMES D. PETERSON

---

I, James D. Peterson, do hereby declare and state as follows:

1.        I am an attorney and shareholder with Godfrey & Kahn, S.C.  I make this declaration in support of the defendants' motion for summary judgment.  I make this declaration on the basis of my personal knowledge.

2.        Attached as **Exhibit 23** is a true and correct copy of Essociate's Infringement Contentions, served on February 24, 2012.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 4, 2013, in Madison, Wisconsin.

                               *s/ James D. Peterson*
                               James D. Peterson

9157827_1