# EXHIBIT 23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESSOCIATE, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>AZOOGLE.COM, INC., and EPIC MEDIA GROUP, INC.,<br><br>       Defendants. | **CASE NO. 11-cv-727-bbc** |

**PLAINTIFF'S INFRINGEMENT CONTENTIONS**

- 1 -

Pursuant to this Court's December 29, 2011 Preliminary Pretrial Conference Order (Dkt. No. 11), Plaintiff Essociate, Inc. hereby identifies the following claims in U.S. Patent No. 6,804,660 (the " '660 Patent") being asserted against each of the following accused devices:

| '660 Patent Claims Asserted | Accused Device |
|---|---|
| Claims 1, 10, 15, 23, 28, 36 | The online affiliate marketing network operated by Defendants at <<http://www.epicdirectnetwork.com>> and previously at <<http://www.azoogleads.com>>. |

On information and belief, Defendants' online affiliate marketing network at <<http://www.epicdirectnetwork.com>> and previously at <<http://www.azoogleads.com>> infringes additional claims of the '660 Patent. Essociate has served discovery in an attempt to confirm that infringement and will serve amended infringement contentions promptly upon discovering information confirming that additional infringement.

DATED February 24, 2012.                    NEWMAN DU WORS LLP

                                                /s/ Derek Linke
                                                Derek A. Newman
                                                Derek Linke
                                                John Du Wors
                                                1201 Third Avenue, Suite 1600
                                                Seattle, WA  98101
                                                Telephone:    (206) 274-2800
                                                Facsimile:     (206) 274-2801
                                                *derek@newmanlaw.com*
                                                *linke@newmanlaw.com*
                                                *john@newmanlaw.com*

                                                Attorneys for Plaintiff
                                                Essociate, Inc.