UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

ESSOCIATE, INC.,

       Plaintiff,

                                    Case No. 11-cv-727-bbc

       v.

EPIC MEDIA GROUP, INC., ET AL.,

       Defendants.

**NOTICE REGARDING ASSERTED CLAIMS AND ACCUSED PRODUCTS AT ISSUE IN DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

In accordance with the scheduling orders in this case, (Dkt. 11, 46), the defendants submit this notice listing the claims and products that are at issue in the defendants' summary judgment motion (Dkt. 87). Counsel for the defendants emailed counsel for plaintiff on March 8 and earlier today, March 11, to obtain plaintiff's consent to filing this notice as a joint notice, but plaintiff's counsel has not responded to these communications.

| **Asserted claims of U.S. Patent No. 6,804,660** | **Accused device** |
|---|---|
| 1, 3, 6, 10, 13, 14, 15, and 28 | The online affiliate marketing network operated by Defendants at <<http://www.epicdirectnetwork.com>> and previously at <<http://www.azoogleads.com>> |

Dated March 11, 2013.       By:  *s/ Jennifer L. Gregor*
                                 James D. Peterson
                                 Jennifer L. Gregor
                                 Dustin B. Brown
                                 Kerry L. Gabrielson
                                 GODFREY & KAHN, S.C.
                                 One East Main Street, Suite 500
                                 Madison, WI  53703
                                 Phone: 608-257-3911
                                 Email: jpeterson@gklaw.com,
                                        jgregor@gklaw.com
                                        dbrown@gklaw.com
                                        kgabrielson@gklaw.com

                                 *Attorneys for Defendants, Epic Media Group, Inc.,(f/k/a Azoogle.com, Inc.), and Social Assets LLC d/b/a Kinetic Social.*

9183980