IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ESSOCIATE, INC.,

            Plaintiff,

v.

AZOOGLE.COM, INC., EPIC MEDIA GROUP, INC.
and SOCIAL ASSETS LLC d/b/a KINETIC SOCIAL,

            Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-727-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Azoogle.com, Inc., Epic Media Group, Inc. and Social Assets LLC d/b/a Kinetic Social against plaintiff Essociate, Inc. granting summary judgment and dismissing plaintiff's claim that defendants infringe claims 1, 3, 6, 10, 13, 14, 15 and 28 of U.S. Patent No. 6,804,660. Defendants' counterclaims asserting invalidity and unenforceability are dismissed without prejudice.

_____
Peter Oppeneer, Clerk of Court

_____5/20/13_____
Date