# Exhibit 2

# Certified Shorthand Reporters
# Scheff & Associates

❖

Tel. (312) 214-1994
Fax (312) 214-1995

| Date | Invoice # |
|---|---|
| 10/12/2012 | 8993 |

| Bill To | Ship To |
|---|---|
| James Peterson<br>Godfrey & Kahn<br>One East Main Street<br>Suite 500<br>Madison, WI 53703 | James Peterson<br>Godfrey & Kahn<br>One East Main Street<br>Suite 500<br>Madison, WI 53703 |

| IN RE: | REPORTER | JOB DATE | CASE # | DEPONENT |
|---|---|---|---|---|
| Essociates vs. Azoogle | Exchange | 10/8/2012 | 311 CV 00727 | Three Depositions |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Suite Rental Fee Split with Newman, DuWors | | 600.00 | 600.00 |
| | | | |
| October 2nd, 2012 | | | |
| Deposition of Richard Okin | | | |
| Original Deposition Transcript - expedited delivery: | 249 | 4.15 | 1,033.35 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| Deposition of Sasenarine Appiah | | | |
| Original Deposition Transcript - expedited delivery: | 57 | 4.15 | 236.55 |
| E-Mail of Transcript: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| October 3rd, 2012 | | | |
| Continued Deposition of Richard Okin | | | |
| Original Deposition Transcript - expedited delivery: | 45 | 4.15 | 186.75 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| Continued Deposition of Sasenarine Appiah | | | |
| Original Deposition Transcript - expedited delivery: | 76 | 4.15 | 315.40 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |

TAX ID# 36-4187831

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

INVOICE DUE UPON RECEIPT. $30 SERVICE
CHARGE WILL BE ASSESED EACH MONTH THIS
INVOICE REMAINS UNPAID AFTER 30 DAYS.

# Certified Shorthand Reporters
# Scheff & Associates

Tel. (312) 214-1994
Fax (312) 214-1995

| Date | Invoice # |
|---|---|
| 10/12/2012 | 8993 |

**Bill To**

James Peterson
Godfrey & Kahn
One East Main Street
Suite 500
Madison, WI 53703

**Ship To**

James Peterson
Godfrey & Kahn
One East Main Street
Suite 500
Madison, WI 53703

| IN RE: | REPORTER | JOB DATE | CASE # | DEPONENT |
|---|---|---|---|---|
| Associates vs. Azoogle | Exchange | 10/8/2012 | 311 CV 00727 | Three Depositions |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| October 4th, 2012 | | | |
| Deposition of Charlie Nowaczek | | | |
| Original Deposition Transcript - regular delivery: | 159 | 4.15 | 659.85 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| October 5th, 2012 | | | |
| Deposition of Young Kim | | | |
| Original Deposition Transcript - regular delivery: | 130 | 4.15 | 539.50 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| October 8th, 2012 | | | |
| Deposition of Michael Landay | | | |
| Reporter's Deposition Appearance - 6.0 hrs.: | | 375.00 | 375.00 |
| Original Deposition Transcript - expedited delivery: | 204 | 4.15 | 846.60 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| October 9th, 2012 | | | |
| Depositions of Evan Horwitz & Michael Landau | | | |
| Reporter's Deposition Appearance - 6.0 hrs. and 3.5 hrst overtime: | | 703.13 | 703.13 |
| | | | |
| Continued Deposition of Michael Landau | | | |

TAX ID# 36-4187831

| | |
|---|---|
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

INVOICE DUE UPON RECEIPT. $30 SERVICE
CHARGE WILL BE ASSESED EACH MONTH THIS
INVOICE REMAINS UNPAID AFTER 30 DAYS.

# Certified Shorthand Reporters
# Scheff & Associates

Tel. (312) 214-1994
Fax (312) 214-1995

| Date | Invoice # |
|---|---|
| 10/12/2012 | 8993 |

| Bill To | Ship To |
|---|---|
| James Peterson<br>Godfrey & Kahn<br>One East Main Street<br>Suite 500<br>Madison, WI 53703 | James Peterson<br>Godfrey & Kahn<br>One East Main Street<br>Suite 500<br>Madison, WI 53703 |

| IN RE: | REPORTER | JOB DATE | CASE # | DEPONENT |
|---|---|---|---|---|
| Essociates vs. Azoogle | Exchange | 10/8/2012 | 311 CV 00727 | Three Depositions |

| DESCRIPTION | PAGES | RATE | AMOUNT |
|---|---|---|---|
| Original Deposition Transcript - expedited delivery: | 207 | 4.15 | 859.05 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| Deposition of Michael Landau 30(b)6 | | | |
| Original Deposition Transcript - expedited delivery: | 25 | 4.15 | 103.75 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| Deposition of Evan Horwitz | | | |
| Original Deposition Transcript - expedited delivery: | 112 | 4.15 | 464.80 |
| E-Transcript Delivery: | | 40.00 | 40.00 |
| Handling & Delivery: | | 10.00 | 10.00 |
| | | | |
| Extraction & Formatting of Deposition Exhibits: | 406 | 0.50 | 203.00 |

TAX ID# 36-4187831

| Total | $7,626.73 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $7,626.73 |

INVOICE DUE UPON RECEIPT. $30 SERVICE
CHARGE WILL BE ASSESED EACH MONTH THIS
INVOICE REMAINS UNPAID AFTER 30 DAYS.



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 257585 | 1/28/2013 | 100690 |

| Job Date | Case No. | |
|---|---|---|
| 1/21/2013 | 3:11 CV 727 BBC | |

| Case Name | | |
|---|---|---|
| Essociate, Inc. vs. Azoogle.com, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

**JENSEN REPORTING**
Whenever you need it, Whatever it takes.
*Worldwide Coverage*
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

James Peterson
Godfrey & Kahn
1 East Main Street
Suite 500
Madison, WI 53703

---

CERTIFIED ORIGINAL TRANSCRIPT

| | | |
|---|---|---|
| Donald Mathis | | 1,165.72 |
| Printed Condensed Transcript | | 25.00 |
| Printed Full Transcript | | |
| PTX File | | 35.00 |
| Exhibits | 4.00 Pages | 1.80 |
| **TOTAL DUE >>>** | | **$1,227.52** |

**3 Day Delivery - 194 Pages**

Ordered on 1-22-2013
Sent out via FedEx on 1-25-2013
Notification sent on 1-25-2013

Visit us at our a new state-of-the-art facility. New address, new suites, new services. Same outstanding customer service. Our new high-tech facility is located at 180 North LaSalle Street, Suite 2800. We look forward to showing you firsthand how we can do even more to help your case.

**Tax ID:** 36-3811129

Phone: 608-257-3911   Fax:

*Please detach bottom portion and return with payment.*

---

James Peterson
Godfrey & Kahn
1 East Main Street
Suite 500
Madison, WI 53703

| | | | |
|---|---|---|---|
| Job No. | : 100690 | BU ID | : 1-MAIN |
| Case No. | : 3:11 CV 727 BBC | | |
| Case Name | : Essociate, Inc. vs. Azoogle.com, Inc. | | |
| | | | |
| Invoice No. | : 257585 | Invoice Date | : 1/28/2013 |
| **Total Due** | : **$1,227.52** | | |

Remit To:   **Jensen Reporting**
**180 North LaSalle Street, Suite 2800**
**Chicago, IL 60601**

**PAYMENT WITH CREDIT CARD**          AMEX  [   ]  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# KRESS COURT REPORTING, INC.



7115 Rue Notre Dame
Miami Beach, Florida 33141-3618
Tax ID: 59-2777281
Tel: 305-866-7688  Fax: 305-866-7933
www.kresscourtreporting.com

| **Bill To** | **Statement Date** | **Invoice Number** |
|---|---|---|
| Godfrey & Kahn, SC<br>1 East Main Street<br>Suite 500<br>Madison, WI 53701-2719 | 2/14/2013 | 1059271 |
| | **Reference #** | **Attn:** |
| | 3:11-CV-00727-BBC | Jennifer Gregor, Esq. |

| Date Taken | Reference | Charges |
|---|---|---|
| 02/11/2013 | Essociate, Inc. vs Azoogle.com, Inc. Epic Media Group, Inc., Social Assets, LLC d/b/a Kinetic Social and Does 1-10 | 183.60 |
| | Case Number: 3:11-CV-00727-BBC | |
| | Deposition of: Alex Zhardanovsky 54 pages<br>One copy of the transcript | |
| | Condensed Transcript and Word Indexing | 50.00 |
| | Copies of B&W Exhibits  2 pages | 1.50 |
| | USPS Delivery Confirmation | 10.00 |
| | * Please be aware that the transcript ordered by your office has been prepared and is now ready for delivery.  However, full payment of balance due is required before transcripts can be delivered.<br>Thank you for understanding and prompt payment. | |

| To make a payment go to http://kresscourtreporting.com/pay/. Visa, MasterCard, Amex & Discover Accepted.  Invoices are due upon receipt. Balances past due 30 days accrue 1.5% interest per month plus attorneys fees and costs. Thank you for your prompt payment. | Balance Due | $245.10 |
|---|---|---|

Order transcripts online:  http://kresscourtreporting.com/transcript/ 　Schedule service:  http://kresscourtreporting.com/reporter/



**LITI CORP Ltd**
Litigation Support Video Services

**FEIN: 26-4273807**

# LITICORP

1919 N. Milwaukee Ave.
Chicago, IL 60647
773-743-8338
773-743-8334 fax
www.liticorp.com

**Invoice #: 1690**
Date: 2012-10-16
Time: 14:41:24
Order #(s): 1690

---

Godfrey & Kahn S.C.
James Peterson
One East Main Street Suite 500
Madison, WI 53701
6082573911 6082842652
6082570609 fax NTalbott@gklaw.com

**Terms:** Invoice due upon receipt.

2% (24% per annum) will be added to accounts past due. It it becomes necessary for LITICORP to institute legal proceedings to collect any amount due under this invoice, prevailing party will be entitled to costs of collection, including, but not limited to, attorney's fees and court costs.

---

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | **ORDERED BY: James Peterson CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM, and EPIC MEDIA GROUP INC. DEPONENT: MICHAEL LANDAU CASE NUMBER 11-cv-00727-bbc** | | |
| 2 | Deposition Videotaping: First 2 hour rate 2012-10-08 | $175.00 | $350.00 |
| 4 | Deposition Videotaping: Additional hour(s) rate 2012-10-08 | $120.00 | $480.00 |
| 6 | DV Tape Safety Storage and Archiving - fee WAIVED | $0.00 | $0.00 |
| 1 | loop/park miles [one-way] Travel Expense | $75.00 | $75.00 |

---

Check #_____

Credit Card
Visa / Master Card / Amex / Discover
Name on Card_____
CC #_____
Expiration Date_____
**Note:** by electing to pay by credit card, your card statement will reflect a charge from **"Gorilla Tango"** for the full amount shown on this invoice.

| **TOTAL DUE** |
|---|
| **$905.00** |

Thank you for your business!

©2011 - Gorilla Tango, Inc.





# LITICORP

1919 N. Milwaukee Ave.
Chicago, IL 60647
773-743-8338
773-743-8334 fax
www.liticorp.com

**FEIN: 26-4273807**

**Invoice #: 1691**
Date: 2012-10-11
Time: 15:23:50
Order #(s): 1691;1705

---

Godfrey & Kahn S.C.
James Peterson
One East Main Street Suite 500
Madison, WI 53701
6082573911 6082842652
6082570609 fax NTalbott@gklaw.com

**Terms:** Invoice due upon receipt.

2% (24% per annum) will be added to accounts past due. It it becomes necessary for LITICORP to institute legal proceedings to collect any amount due under this invoice, prevailing party will be entitled to costs of collection, including, but not limited to, attorney's fees and court costs.

---

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | **ORDERED BY: James Peterson CASE TITLE: ESSOCIATE,INC vs AZZOGLE.COM, INC and EPIC MEDIA GROUP, INC. DEPONENT: ESSOCIATE,INC ROULE 30(B)(6) FED,CIV,P. MICHAEL LANDAU** | | |
| 2 | Deposition Videotaping: First 2 hour rate 2012-10-09 | $175.00 | $350.00 |
| 4 | Deposition Videotaping: Additional hour(s) rate 2012-10-09 | $120.00 | $480.00 |
| 5 | DV Tape Safety Storage and Archiving - fee WAIVED | $0.00 | $0.00 |
| 1 | loop/park miles [one-way] Travel Expense | $75.00 | $75.00 |
| | **ORDERED BY: James Peterson CASE TITLE: ESSOCIATE,INC. vs AZOOGLE.COM,INC and EPIC MEDIA GROUP,INC, ET AL; DEPONENT: EVAN HOROWITZ CASE NUMBER 11-cv-00727-bbc** | | |
| 2 | Deposition Videotaping Over Time (1.5): First 2 hour rate 2012-10-09 | $263.00 | $526.00 |
| 1.5 | Deposition Videotaping Over Time (1.5): Additional hour(s) rate 2012-10-09 | $180.00 | $270.00 |
| 3 | DV Tape Safety Storage and Archiving - fee WAIVED | $0.00 | $0.00 |

---

Check #_____

**Credit Card**
Visa / Master Card / Amex / Discover
Name on Card_____
CC #_____
Expiration Date_____
Note: by electing to pay by credit card, your card statement will reflect a charge from **"Gorilla Tango"** for the full amount shown on this invoice.

| **TOTAL DUE** |
|---|
| **$1701.00** |

Thank you for your business!

©2011 - Gorilla Tango, Inc.



**FEIN: 26-4273807**

# LITICORP

1919 N. Milwaukee Ave.
Chicago, IL 60647
773-743-8338
773-743-8334 fax
www.liticorp.com

**Invoice #: 1740**
Date: 2012-11-05
Time: 15:02:54
Order #(s): 1740;1741;1742

| Godfrey & Kahn S.C. | Terms: Invoice due upon receipt. |
|---|---|
| Nicole Talbott Settle<br>One East Main Street<br>Madison, WI 53701<br>6082573911 6082842652<br>6082570609 fax NTalbott@gklaw.com | 2% (24% per annum) will be added to accounts past due. It it becomes necessary for LITICORP to institute legal proceedings to collect any amount due under this invoice, prevailing party will be entitled to costs of collection, including, but not limited to, attorney's fees and court costs. |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | **ORDERED BY: Nicole Talbott Settle CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM,INC EPIC MEDIA GROUP,INC SOCIAL ASSETS LLC DEPONENT: MICHAEL LANDAU 30(B)(6) CASE NUMBER 11-cv-00727-bbc** | | |
| 1 | CD Encoding and Duplication / 5 video hour(s) @ $50/hour per quantity | $250.00 | $250.00 |
| 1 | Shipping & Handling - FedEx 2012-11-06 13:00:00 | $10.00 | $10.00 |
| | **ORDERED BY: Nicole Talbott Settle CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM,INC EPIC MEDIA GROUP,INC SOCIAL ASSETS LLC DEPONENT: CHARLES NOWACZEK CASE NUMBER 3: 11-cv-00727-bbc** | | |
| 1 | CD Encoding and Duplication / 4 video hour(s) @ $50/hour per quantity | $200.00 | $200.00 |
| 1 | Shipping & Handling - FedEx 2012-11-06 13:00:00 | $10.00 | $10.00 |
| | **ORDERED BY: Nicole Talbott Settle CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM,INC EPIC MEDIA GROUP,INC SOCIAL ASSETS LLC DEPONENT: RICHARD OKIN CASE NUMBER 3:11-cv-00727-bbc** | | |
| 1 | CD Encoding and Duplication / 6 video hour(s) @ $50/hour per quantity | $300.00 | $300.00 |
| 1 | Shipping & Handling - FedEx 2012-11-06 13:00:00 | $21.71 | $21.71 |
| 1 | 64 GB USB Flash Drive | $57.80 | $57.80 |

| Check #_____ |
|---|
| **Credit Card**<br>Visa / Master Card / Amex / Discover<br>**Name on Card**_____<br>**CC #**_____<br>**Expiration Date**_____<br>Note: by electing to pay by credit card, your card statement will reflect a charge from **"Gorilla Tango"** for the full amount shown on this invoice. |

| **TOTAL DUE** |
|---|
| $849.51 |

# Thank you for your business!

©2011 - <u>Gorilla Tango, Inc.</u>



**FEIN: 26-4273807**

# LITICORP

1919 N. Milwaukee Ave.
Chicago, IL 60647
773-743-8338
773-743-8334 fax
www.liticorp.com

**Invoice #: 1735**
Date: 2012-11-05
Time: 15:01:25
Order #(s):
1735;1736;1737;1738

---

Godfrey & Kahn S.C.
Nicole Talbott Settle
One East Main Street
Madison, WI 53701
6082573911 6082842652
6082570609 fax NTalbott@gklaw.com

**Terms:** Invoice due upon receipt.

2% (24% per annum) will be added to accounts past due. It it
becomes necessary for LITICORP to institute legal proceedings to
collect any amount due under this invoice, prevailing party will be
entitled to costs of collection, including, but not limited to, attorney's
fees and court costs.

---

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| | **ORDERED BY: Nicole Talbott Settle CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM,INC EPIC MEDIA GROUP,INC SOCIAL ASSETS LL DEPONENT: ROCKY APPIAH** | | |
| 1 | CD Encoding and Duplication / 3 video hour(s) @ $50/hour per quantity | $150.00 | $150.00 |
| 1 | Shipping & Handling - FedEx 2012-11-06 13:00:00 | $10.00 | $10.00 |
| | **ORDERED BY: Nicole Talbott Settle CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM,INC EPIC MEDIA GROUP,INC SOCIAL ASSETS LLC DEPONENT: EVAN HOROWITZ CASE NUMBER 11-cv-00727-bbc** | | |
| 1 | CD Encoding and Duplication / 3 video hour(s) @ $50/hour per quantity | $150.00 | $150.00 |
| 1 | Shipping & Handling - FedEx 2012-11-06 13:00:00 | $10.00 | $10.00 |
| | **ORDERED BY: Nicole Talbott Settle CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM,INC EPIC MEDIA GROUP,INC SOCIAL ASSETS LLC DEPONENT: YOUNG KIM CASE NUMBER 3:11-cv-00727-bbc** | | |
| 1 | CD Encoding and Duplication / 3 video hour(s) @ $50/hour per quantity | $150.00 | $150.00 |
| 1 | Shipping & Handling - FedEx 2012-11-06 13:00:00 | $10.00 | $10.00 |
| | **ORDERED BY: Nicole Talbott Settle CASE TITLE: ESSOCIATE,INC vs AZOOGLE.COM,INC EPIC MEDIA GROUP,INC SOCIAL ASSETS LLC DEPONENT: MICHAEL LANDAU CASE NUMBER 11-cv-00727-bbc** | | |
| 1 | CD Encoding and Duplication / 5 video hour(s) @ $50/hour per quantity | $250.00 | $250.00 |
| 1 | Shipping & Handling - FedEx 2012-11-06 13:00:00 | $10.00 | $10.00 |

---

Check #_____

**Credit Card**
Visa / Master Card / Amex / Discover
**Name on Card**_____
**CC #**_____
**Expiration Date**_____
**Note:** by electing to pay by credit card, your card
statement will reflect a charge from **"Gorilla Tango"**
for the full amount shown on this invoice.

| **TOTAL DUE** |
|---|
| **$740.00** |

# Thank you for your business!

©2011 - Gorilla Tango, Inc.

**Legal Video Services, Inc.**

Courthouse Law Plaza
700 SE 3rd Avenue, Suite 205
Fort Lauderdale, FL 33316-1154

| | |
|---|---|
| Business | 954-763-6366 |
| Toll-Free | 800-330-6366 |
| Business Fax | 954-763-4103 |

legalvideoservices.com
EIN:    59-2145541



**Legal Video Services, Inc.**
*Best decision for a solid case.*™

**INVOICE 56870**

**JOB 4263**

**2/21/2013**

---

**Jennifer L. Gregor, Esq**
Godfrey and Kahn, S.C.
1 E. Main St. Suite 500
Madison, WI 53703

Essociate, Inc. vs Azoogle.com, Inc.

Case #        3:11-cv-00727-bbc
Case Ref #
Job Ref #

---

**Duplication of**
**02/11/13 Alex Zhardanovsky**
Service on:  2/20/2013
On site:     n/a
Technician:

---

| Description | Each | Quan | Total |
|---|---|---|---|
| Video Convert to MPEG-1 on DVD per hour | $75.00 | 1 | $75.00 |
| Shipping- Domestic | $9.50 | 1 | $9.50 |
| | **Sub Total** | | **$84.50** |
| | **Payments** | | **$0.00** |
| | **Balance Due** | | **$84.50** |

1 copy on MPEG-1 DVD data disk delivered herewith. FEDEX 215567415007395

---

**Terms for payment: Net due upon receipt.**
**Invoices 30 days or more overdue will incur an interest charge at 1.5 % per month.**

Thank you for using Legal Video Services, Inc.