# Exhibit 4

# alphagraphics 

# invoice

BILLING ADDRESS:  Phone.608.294.8000
221 King Street  Fax.608.294.8380
Madison, Wisconsin 53703   Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI  53703
Phone: 257-3911

**No.** 74627
**Date** 9/27/2012
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 6,742 | Ref#010473-0001 (ESS_EPIC, SAS_SUB, and Perkins blowback), 6,742 copies @ $.08, 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 539.36 |

**SPECIAL INSTRUCTIONS**

Sales Rep: JRB
Taken by: James

| | |
|---|---|
| SUB | 539.36 |
| TAX | 29.67 |
| SHIPPING | |
| TOTAL | 569.03 |
| NET DUE | 569.03 |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK  #_____   CREDIT CARD ☐

| AMOUNT RECEIVED | |
|---|---|
| CSR INITIALS | |

Signature_____  Print Name_____  Date_____
Job Received and Accepted By

# alphagraphics

# invoice



BILLING ADDRESS:  Phone.608.294.8000
221 King Street  Fax.608.294.8380
Madison, Wisconsin 53703  Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI 53703
Phone: 257-3911

**No.** 74628
**Date** 9/27/2012
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2,771 | Ref#010473.0001 (ESS electronic discovery of CONF, CONF_AEO, and ESSOCIATE_EMAILS), 2,771 copies @ $.08, 8.5 x 11 White 20# Report Xerographic Bond (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 221.68 |
| 2,771 | Import and process 2,771 native images @ $.08 | 221.68 |

SPECIAL INSTRUCTIONS
Sales Rep: JRB
Taken by: James

| | |
|---|---|
| SUB | 443.36 |
| TAX | 24.39 |
| SHIPPING | |
| TOTAL | 467.75 |
| NET DUE | 467.75 |

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

**Please pay from this invoice - Net 30 Days**
"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

Signature_____ Print Name_____ Date_____
Job Received and Accepted By

# alphagraphics



# invoice

BILLING ADDRESS:  
221 King Street  
Madison, Wisconsin 53703  

Phone.608.294.8000  
Fax.608.294.8380  
Legal Services Phone.608.442.1414  
us470@alphagraphics.com  
www.madison470.alphagraphics.com  

**Sold To**  
Nicole Talbott Settle  
Godfrey & Kahn  
1 East Main  
Madison WI 53703  
Phone: 257-3911  

**No.** 74637  
**Date** 9/27/2012  
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 774 | Ref#010473.0001 (manually printed set of ESS documents per customer list), 774 copies @ $.12, 8.5 x 11 White 20# Report Xerographic Bond (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 92.88 |

**SPECIAL INSTRUCTIONS**  
Sales Rep: JRB  
Taken by: James  

| | |
|---|---|
| SUB | 92.88 |
| TAX | 5.11 |
| SHIPPING | |
| TOTAL | 97.99 |
| NET DUE | 97.99 |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."  
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES  
CASH ☐ CHECK # _____ CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____ Print Name_____ Date_____  
Job Received and Accepted By

# alphagraphics



# invoice

BILLING ADDRESS:  
221 King Street  
Madison, Wisconsin 53703

Phone.608.294.8000  
Fax.608.294.8380  
Legal Services Phone.608.442.1414  
us470@alphagraphics.com  
www.madison470.alphagraphics.com

**Sold To**  
Nicole Talbott Settle  
Godfrey & Kahn  
1 East Main  
Madison WI  53703  
Phone: 257-3911  
Fax: 257-0609

**No.** 74640  
**Date** 9/27/2012  
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 582 | Ref#010473-0001 (blowback of 1st page of each record in EPIC series), 582 copies @ $.08, 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 46.56 |
| 0:30 | 30 min. of digital service @ $75.00/hr. (import EPIC series via load file and re-export as PDF for batch print) | 37.50 |

**SPECIAL INSTRUCTIONS**

Sales Rep: JRB  
Taken by: James

| | |
|---|---|
| SUB | 84.06 |
| TAX | 4.63 |
| SHIPPING | |
| TOTAL | 88.69 |
| NET DUE | (88.69) |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."  
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES  
CASH ☐  CHECK  #_____  CREDIT CARD ☐

AMOUNT RECEIVED

CSR INITIALS

Signature_____  Print Name_____  Date_____

Job Received and Accepted By

# alphagraphics



# invoice

BILLING ADDRESS:  Phone.608.294.8000
221 King Street  Fax.608.294.8380
Madison, Wisconsin 53703  Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI  53703
Phone: 257-3911
Fax: 257-0609

**No.** 75271
**Date** 10/25/2012
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 827 | Ref#010473-0001, 827 copies @ $.08 (Mathis Review Set), 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 66.16 |
| 902 | 902 copies @ $.08 (Jen's review set), 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 72.16 |
| 1,564 | 1564 copies @ $.08 (Prior Art), 8.5 x 11 White 20# Report Xerographic Bond  (FSC Certified FSC Mixed Recycled 50.0%), copied on 1 side | 125.12 |
| 200 | 200 color copies @ $1.00 (Prior Art), 8.5 x 11 White 28# Hammermill Color Copy Text Smooth , digitally printed on 1 side | 200.00 |
| 0:45 | 45min. of digital service @ $75.00/hr. (organize 7 essociates productions, generate subsets for review set blowbacks per customer provided .csv's) | 56.25 |
| 0.067 | Import and process .067GB of native data @ $800.00/GB (EPIC EDD of exisitng and new productions) | 53.60 |
| 165 | Endorse 165 images @ $.02 (EPIC024874-025038 w/ CAEO) | 3.30 |
| 165 | OCR 165 images @ $.04 | 6.60 |
| 2 | 2 CD burns @ $10.00 (Epic productions) | 20.00 |
| 1 | 1 CD burn @ $10.00 (Essociates media) | 10.00 |
| 2 | 2 32GB flashdrives @ $50.00  (Essociates media) | 100.00 |

SPECIAL INSTRUCTIONS
ed on page 2)

| | |
|---|---|
| SUB | |
| TAX | |
| SHIPPING | |
| TOTAL | |
| NET DUE | |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK  #_____   CREDIT CARD ☐

| AMOUNT RECEIVED | |
|---|---|
| CSR INITIALS | |

Signature_____  Print Name_____  Date_____
Job Received and Accepted By

# alphagraphics

# invoice



BILLING ADDRESS:     Phone.608.294.8000
221 King Street     Fax.608.294.8380
Madison, Wisconsin 53703    Legal Services Phone.608.442.1414
us470@alphagraphics.com
www.madison470.alphagraphics.com

**Sold To**
Nicole Talbott Settle
Godfrey & Kahn
1 East Main
Madison WI 53703
Phone: 257-3911
Fax: 257-0609

**No.** 75271 (2)
**Date** 10/25/2012
**P.O.**

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | 2 DVD burns @ $20.00 (Essociates productions) | 40.00 |

SPECIAL INSTRUCTIONS

Sales Rep: JRB
Taken by: James

| | |
|---|---|
| SUB | 753.19 |
| TAX | 41.43 |
| SHIPPING | |
| TOTAL | 794.62 |
| NET DUE | 794.62 |

**Please pay from this invoice - Net 30 Days**

"I understand that the total of this invoice is due and payable upon acceptance and interest shall accrue on all past due accounts at the rate of 1 1/2 percent per month. In the event payment is not made and the account is referred to a collection agency or an attorney, I will pay the collection including attorney's fees and costs incurred."
**Remit payments to: 221 King Street, Madison, Wisconsin 53703**

RECEIPT FOR CASH SALES
CASH ☐ CHECK # _____ CREDIT CARD ☐

| AMOUNT RECEIVED | |
|---|---|
| CSR INITIALS | |

Signature _____ Print Name _____ Date _____
Job Received and Accepted By