# Exhibit 5

# FaxPat/Optipat, Inc.

**Shipping Date:** 20120919

**Order Number:** 250143430  **Order Date:** 20120918-1528

**Customer#:** 1437  **Docket:** 010473-0001

## Shipping Info

**Attn: Betsy McGuire   GODFREY & KAHN, S.C.**

780 N. Water Street
Milwaukee, WI 53202
United States

**Phone#:** 414-273-3500  **Ext:**  **Fax#:**

**Email:** emcguire@gklaw.com

**Order Summary (notes to the customer):**
1 file history with other publications

**BillType:** M  **ShipType:** E  **Order Status:** D

| SvcType | Desc | Qty | Pgs | Cost | Total |
|---|---|---|---|---|---|
| E3200 | 6804660 | 1 | 191 | 1.25 | 238.75 |

**Subtotal:** 238.75  **Tax:** 0.00  **Shipping/Handling:** 0.00

## Item Total: $238.75 (Plus Applicable Tax)

Please forward this document to your accounting department. Payments should be made as follows:

**Payments by check:**

MicroPatent LLC
39441 Treasury Center
Chicago, IL 60694-9400

**Payments by wire transfer:**

Harris Trust & Savings Bank
Chicago, IL 60606
Account#:   343-061-8
ABA:        071000288
Swift Code: HATRUS44

If you have any questions about this order, call (800) 445-9760 or (703) 916-1500