# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

ESSOCIATE, INC.,

    Plaintiff,

v.                               Case No. 11-cv-727-bbc

EPIC MEDIA GROUP, INC., ET AL.,

    Defendants.

## NOTICE OF WITHDRAWAL AS COUNSEL
## BY JAMES D. PETERSON

James D. Peterson, of Godfrey & Kahn, S.C., hereby withdraws as counsel of record to for the defendants, Epic Media Group, Inc. (f/k/a Azoogle.com, Inc.) and Social Assets LLC (d/b/a Kinetic Social). The defendants will continue to be represented by other attorneys of Godfrey & Kahn, S.C., whose appearances are already of record.

Dated: March 14, 2014                 Respectfully Submitted,

*s/ James D.Peterson*

James D.Peterson
jpeterson@gklaw.com

*Attorneys for Defendants, Epic Media Group, Inc.,(f/k/a Azoogle.com, Inc.), and Social Assets LLC d/b/a Kinetic Social*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609

11098800.1